UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTOR AZRAK,<br>          Defendant,<br><br>and<br><br>METLIFE, INC.<br>          Garnishee. | Criminal Docket No.<br>CR-14-0399 (ENV) |

WHEREAS, a Writ of Continuing Garnishment and supporting documents, directed to the Garnishee, METLIFE, INC., ("Garnishee"), were duly issued on the basis of a restitution judgment imposed by the Court on November 30, 2023, in the amount of $3,788,490.05, plus interest, against the defendant Victor Azrak and in favor of the United States of America; and

WHEREAS, the outstanding balance of the defendant's restitution judgment was $3,769,440.05, as of May 5, 2025; and

WHEREAS, the garnishee filed an Answer on or about April 22, 2025, stating that it had in its custody, control, or possession, a Retail Life Active Insurance Policy in which the defendant Victor Azrak has an interest, and which had a cash-out value of $3,583.64 at the time of the service of the Writ of Garnishment; and

WHEREAS, Defendant Victor Azrak was notified, more than twenty (20) days before the date of this Order, of his right to a hearing or to file a claim for exemption and has not

requested a hearing, claimed an exemption or otherwise contested the garnishment proceeding; and

IT IS HEREBY ORDERED that within ten days of service of a certified copy of this order, the garnishee, METLIFE, INC., shall issue a check payable to the Clerk of the Court in the amount of $3,583.64, which shall be mailed to the Clerk of the Court, U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, and shall "*United States v. Victor Azrak*, CR-14-0399"; and

IT IS FURTHER ORDERED THAT the Clerk of the Court shall forward three certified copies of this order to Assistant U.S. Attorney Daniel Saavedra. U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated: Brooklyn, New York
       May 8, 2025

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 5/8/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

2